# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY INSURANCE CO., | CASE NO. CV F 08-0055 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 8.) |
| ROBERT ACREE, et al., | |
| Defendants. / | |

Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action without prejudice;

2. VACATES all pending matters, including the April 30, 2008 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   April 9, 2008**            **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE

1